UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAIME NELSON-MOLNAR, individually and as next friend of J.W., a minor,

Plaintiff,

v.

ANN ARBOR PUBLIC SCHOOLS, MICHAEL JOHNSON in his official capacity as Principal of Carpenter Elementary School, and DURHAM SCHOOL SERVICES LP, d/b/a/ DURHAM TRANSPORTATION,

Defendants.

Case No. 2:23-cv-11810
Hon. George Caram Steeh
Magistrate Judge Anthony P. Patti

**DEFENDANT MICHAEL JOHNSON'S ANSWER TO PLAINTIFF'S COMPLAINT, NOTICE OF SPECIAL AND/OR AFFIRMATIVE DEFENSES AND RELIANCE UPON JURY DEMAND**

Megan Bonanni (P52079)
Danielle Y. Canepa (P82237)
Beth Rivers (P33614)
PITT MCGEHEE PALMER BONANNI & RIVERS
Attorneys for Plaintiff
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
248.398.9800
mbonanni@pittlawpc.com
dcanepa@pittlawpc.com
brivers@pittlawpc.com

John J. Gillooly (P41948)
GARAN LUCOW MILLER, P.C.
Attorney for Defendant Michael Johnson
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207-2641
313.446.5501 / Fax: 313.259.0450
jgillooly@garanlucow.com

Anne-Marie Welch (P70035)
CLARK HILL, PLC
Attorneys for Defendant Ann Arbor Public Schools
220 Park Street, Suite 200
Birmingham, MI 48009-3477
248.988.1810 / Fax: 248.988.2517
awelch@clarkhill.com

**DEFENDANT MICHAEL JOHNSON'S ANSWER TO PLAINTIFF'S COMPLAINT, NOTICE OF SPECIAL AND/OR AFFIRMATIVE DEFENSES AND RELIANCE UPON JURY DEMAND**

NOW COMES Defendant, MICHAEL JOHNSON, by and through his attorneys, GARAN LUCOW MILLER, P.C., and his Answer to Plaintiff's Complaint states as follows:

## PARTIES AND JURISDICTION

1. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

2. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

3. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

4. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

5. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

6. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

7. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

8. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

9. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

10. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

11. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

12. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

13. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

14. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

15. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

16. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

17. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

18. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

# FACTS

## AAPS Invites J.W. to Attend Specialized Program at Carpenter

19. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

20. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

21. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

22. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

23. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

24. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

25. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

26. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

27. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

28. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

**Defendants Had Received Repeated Warnings of Bus Aides Assaulting or Threatening Children with Disabilities**

29. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

30. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

31. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

32. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

33. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

34. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

35. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

**Jefferson Immediately Begins Targeting J.W.**

36. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

37. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

38. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

39. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

40. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

41. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

42. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

43. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

44. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

45. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

46. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

47. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

48. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

49. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

50. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

**The First Known Assault**

51. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

52. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

53. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

54. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

55. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

56. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

57. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

58. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

59. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

60. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

61. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

62. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

63. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

64. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

65. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

66. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

**Children Report the First Assault, While Defendants Cover It Up**

67. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

68. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

69. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

70. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

71. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

72. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

73. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

**Defendants Knowingly Place J.W. and Jefferson Together on the Bus for Weeks, Where Abuse Continues**

74. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

75. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

76. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

77. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

78. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

79. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

80. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

81. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

82. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

83. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

84. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

85. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

86. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

87. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

88. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

89. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

90. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

91. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

92. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

93. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

94. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

95. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

96. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

97. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

98. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

99. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

100. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

101. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

102. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

103. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

104. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

105. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

106. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

**AAPS and Johnson Admit "Two Incidents" But Refuse to Provide Information and Continue to Delay Full Investigation**

107. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

108. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

109. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

110. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

111. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

112. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

113. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

114. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

115. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

116. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

117. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

118. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

119. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

120. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

121. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

122. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

123. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

124. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

125. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

126. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

127. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

128. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

129. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

130. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

**J.W. Finally Allowed to Ride With Another Bus Aide**

131. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

132. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

133. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

134. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

135. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

**Abuse Has Lasting Impact**

136. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

137. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

138. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

139. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

140. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

141. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

142. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

143. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

144. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

145. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

146. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

147. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

148. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

**COUNT I**
**STATE CREATED DANGER – 42 U.S.C. § 1983**
**J.W. v. Principal Johnson and Durham Transportation**

149. Defendant hereby adopts each and every answer as previously given to paragraphs 1-148 above as though stated herein word for word.

150. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

151. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

152. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

153. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

154. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

155. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

156. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

157. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

158. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

159. As to allegations contained herein, including sub-paragraphs a. - e., denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

160. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

161. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

162. As to allegations contained herein, including sub-paragraphs a. - i., denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

163. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

164. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

165. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

166. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

167. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

168. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

169. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

170. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

171. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

172. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

173. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

174. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

175. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

**COUNT II**
**STATE CREATED DANGER – *MONELL* CLAIM UNDER**
**42 U.S.C. § 1983**
**J.W. v. AAPS**

176. Defendant hereby adopts each and every answer as previously given to paragraphs 1-175 above as though stated herein word for word.

177. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

178. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

179. As to allegations contained herein, including sub-paragraphs a. - e., denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

180. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

181. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

182. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

183. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

**COUNT III**
**VIOLATION OF BODILY INTEGRITY - 42 U.S.C. § 1983**
**J.W. v. Principal Johnson and Durham**

184. Defendant hereby adopts each and every answer as previously given to paragraphs 1-183 above as though stated herein word for word.

185. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

186. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

187. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

188. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

189. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

190. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

191. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

192. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

193. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

194. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

195. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

196. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

197. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

198. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

199. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

200. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

201. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

202. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

203. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

204. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

**COUNT IV**
**DISCRIMINATION IN VIOLATION OF**
**THE AMERICANS WITH DISABILITIES ACT, 42 U.S.C. § 12132 et seq.**

**J.W. v. AAPS and Durham**

205. Defendant hereby adopts each and every answer as previously given to paragraphs 1-204 above as though stated herein word for word.

206. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

207. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

208. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

209. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

210. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

211. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

212. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

213. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

214. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

215. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

216. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

**COUNT V**
**DISCRIMINATION IN VIOLATION OF SECTION 504**
**OF THE REHABILITATION ACT**

**J.W. v. AAPS and Durham**

217. Defendant hereby adopts each and every answer as previously given to paragraphs 1-216 above as though stated herein word for word.

218. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

219. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

220. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

221. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

222. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

223. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

224. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

225. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

226. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

227. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

228. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

229. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

**COUNT VI**
**DISCRIMINATION IN VIOLATION OF**
**Michigan Persons with Disabilities Civil Rights Act ("PWDCRA")**
**MCL 37.1101, et seq.**

**J.W. v. AAPS and Durham**

230. Defendant hereby adopts each and every answer as previously given to paragraphs 1-229 above as though stated herein word for word.

231. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

232. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

233. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

234. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

235. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

236. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

237. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

238. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

239. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

240. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

241. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

242. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

**COUNT VII**
**FAILURE TO REPORT CHILD ABUSE**
**Michigan Child Protection Law, MCL 722.623**

**J.W. v. All Defendants**

243. Defendant hereby adopts each and every answer as previously given to paragraphs 1-242 above as though stated herein word for word.

244. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

245. Defendant neither admits nor denies the allegations therein contained for the reason that Defendant is without sufficient information or knowledge upon which to form a belief.

246. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

247. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

248. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

249. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

## COUNT VIII
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

### Nelson and J.W. v. All Defendants

250. Defendant hereby adopts each and every answer as previously given to paragraphs 1-249 above as though stated herein word for word.

251. As to allegations contained herein, including sub-paragraphs a. - g., denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

252. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

253. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

254. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

255. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

## RELIEF REQUESTED

256. Denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

257. As to allegations contained herein, including sub-paragraphs a. - g., denied, for the reason that same is untrue, and for the further reason that no facts exist to support the allegations contained herein.

WHEREFORE, Defendant, MICHAEL JOHNSON, respectfully requests the entry of a Judgment of No Cause for Action or, in the alternative, the entry of an Order for Dismissal together with an award of interest, costs and attorney's fees so wrongfully incurred.

Respectfully submitted:
GARAN LUCOW MILLER, P.C.

/s/John J. Gillooly

JOHN J. GILLOOLY (P41948)
Attorney for Defendant Johnson
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
313.446.5501
jgillooly@garanlucow.com

Dated: October 10, 2023
6173760

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAIME NELSON-MOLNAR,
individually and as next friend of
J.W., a minor,

Plaintiff,

v.

ANN ARBOR PUBLIC SCHOOLS,
MICHAEL JOHNSON in his official capacity as Principal of Carpenter Elementary School, and DURHAM SCHOOL SERVICES LP, d/b/a/ DURHAM TRANSPORTATION,

Defendants.

Case No. 2:23-cv-11810
Hon. George Caram Steeh
Magistrate Judge Anthony P. Patti

**DEFENDANT MICHAEL JOHNSON'S NOTICE OF SPECIAL AND/OR AFFIRMATIVE DEFENSES**

Megan Bonanni (P52079)
Danielle Y. Canepa (P82237)
Beth Rivers (P33614)
PITT MCGEHEE PALMER
BONANNI & RIVERS
Attorneys for Plaintiff
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
248.398.9800
mbonanni@pittlawpc.com
dcanepa@pittlawpc.com
brivers@pittlawpc.com

John J. Gillooly (P41948)
GARAN LUCOW MILLER, P.C.
Attorney for Defendant
Michael Johnson
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207-2641
313.446.5501 / Fax: 313.259.0450
jgillooly@garanlucow.com

Anne-Marie Welch (P70035)
CLARK HILL, PLC
Attorneys for Defendant
Ann Arbor Public Schools
220 Park Street, Suite 200
Birmingham, MI 48009-3477
248.988.1810 / Fax: 248.988.2517
awelch@clarkhill.com

**DEFENDANT MICHAEL JOHNSON'S**
**NOTICE OF SPECIAL AND/OR AFFIRMATIVE DEFENSES**

NOW COMES Defendant, MICHAEL JOHNSON, by and through his attorneys, GARAN LUCOW MILLER, P.C., and for his Notice of Special and/or Affirmative Defenses and Reservation of Right to File Additional Affirmative Defenses, states as follows:

1. At all times Defendant acted within the scope of his profession and did not engage in inappropriate behavior or activities as alleged by Plaintiffs.

2. Defendant did not engage in gross negligence or negligence of any kind as it relates to the services he provided.

3. Defendant did not assault or commit battery of the minor child in this matter and, therefore, there is no basis for any liability or cause of action.

4. Plaintiff's claims must be dismissed or is otherwise barred by the doctrines of waiver, release, latches, estoppel, implied and/or express consent, implied and/or express statutory authority and/or privilege, and the failure to exhaust and pursue required administrative, statutory, and/or corporate remedies and procedures.

5. Plaintiff cannot establish a claim for intentional infliction of emotional distress as Defendant Johnson's conduct was not extreme and

outrageous, reckless or otherwise create a basis for a claim in this matter. Further, any claim of emotional distress whether based upon tort, negligence, or based upon common law fail as Plaintiff cannot establish a prima facia case and carry the burden of such tort.

6. Plaintiff has not suffered harm as a direct and proximate result of the acts alleged in the Complaint.

7. Plaintiff's claims are barred, in whole and in part, by their failure to mitigate damages.

8. Defendant relies upon his compliance with the standard of reasonable care recognized by law and by the community at large as governing its activities.

9. At all times relevant hereto, Defendant acted in good faith and in accordance with all applicable laws.

10. Upon information and belief, Plaintiff's claims are barred by the doctrine of immunity, implied immunity, and limited immunity.

11. Defendant relies upon all defenses available to him under the doctrines of absolute immunity, qualified immunity, and state law immunities.

12. Any allegations of physical abuse asserted by J.W., a minor, are false and is the product of suggestion and/or fantasy and not a reflection of reality.

13. Plaintiff cannot establish that J.W., a minor, suffered severe emotional distress in this matter resulting from the acts and actions of the Defendant.

14. Each of the claims advanced in the Complaint by Plaintiff are barred by fraud.

15. Defendant Johnson specifically denies each and every allegation contained in the Complaint of Plaintiff and states that he was guided by and strictly observed all of his legal duties imposed by operation of law and otherwise.

16. Defendant Johnson denies that his conduct was such so as to demonstrate a substantial lack of concern for whether an injury would result.

17. Plaintiff's claims are barred by comparative negligence.

18. Plaintiff's claims, all or some of them, may be barred by the applicable statute of limitations and/or the doctrine of laches and estoppel.

19. This Defendant will rely upon each and every Affirmative and/or Special Defense pled by any Co-Defendant.

20. Defendant relies upon all defenses available to him under 42 U.S.C. § 1983.

21. Defendant will rely upon all defenses available to him under the Americans with Disabilities Act, 42 U.S.C. § 12132, et seq.

22. Defendant will rely upon all defenses available to him under Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794.

23. Defendant will rely upon all defenses available to him under the Michigan Persons with Disabilities Civil Rights Act, MCL 37.1101, et seq.

24. Defendant will rely upon all defenses available to him under the Michigan Child Protection Law, MCL 722.623, et seq.

25. Defendant will rely upon all affirmative and/or special defenses pled by any other Co-Defendant.

26. Defendant reserves the right to amend these affirmative defenses as additional information becomes known.

Respectfully submitted:
GARAN LUCOW MILLER, P.C.

/s/John J. Gillooly
JOHN J. GILLOOLY (P41948)
Attorney for Defendant Johnson
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
313.446.5501
jgillooly@garanlucow.com

Dated: October 10, 2023
6173760

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAIME NELSON-MOLNAR,
individually and as next friend of
J.W., a minor,

Plaintiff,

v.

ANN ARBOR PUBLIC SCHOOLS,
MICHAEL JOHNSON in his official
capacity as Principal of Carpenter
Elementary School, and DURHAM
SCHOOL SERVICES LP, d/b/a/
DURHAM TRANSPORTATION,

Defendants.

Case No. 2:23-cv-11810
Hon. George Caram Steeh
Magistrate Judge Anthony P. Patti

**DEFENDANT MICHAEL JOHNSON'S RELIANCE UPON JURY DEMAND**

Megan Bonanni (P52079)
Danielle Y. Canepa (P82237)
Beth Rivers (P33614)
PITT MCGEHEE PALMER
BONANNI & RIVERS
Attorneys for Plaintiff
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
248.398.9800
mbonanni@pittlawpc.com
dcanepa@pittlawpc.com
brivers@pittlawpc.com

John J. Gillooly (P41948)
GARAN LUCOW MILLER, P.C.
Attorney for Defendant
Michael Johnson
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207-2641
313.446.5501 / Fax: 313.259.0450
jgillooly@garanlucow.com

Anne-Marie Welch (P70035)
CLARK HILL, PLC
Attorneys for Defendant
Ann Arbor Public Schools
220 Park Street, Suite 200
Birmingham, MI 48009-3477
248.988.1810 / Fax: 248.988.2517
awelch@clarkhill.com

**DEFENDANT MICHAEL JOHNSON'S**
**RELIANCE ON JURY DEMAND**

NOW COMES Defendant, MICHAEL JOHNSON, and hereby relies upon the Jury Demand filed by Plaintiff in the above cause.

Respectfully submitted:

GARAN LUCOW MILLER, P.C.

/s/John J. Gillooly
JOHN J. GILLOOLY (P41948)
Attorney for Defendant Johnson
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
313.446.5501
jgillooly@garanlucow.com

Dated: October 10, 2023
6173760

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, my assistant, Dena Marie Shealy, electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- **Megan Bonanni**
  mbonanni@pittlawpc.com, rbell@pittlawpc.com

- **John J. Gillooly**
  jgillooly@garanlucow.com, dshealy@garanlucow.com

- **Beth M. Rivers**
  brivers@pittlawpc.com, rbell@pittlawpc.com

- **Anne-Marie Vercruysse Welch**
  awelch@clarkhill.com, aserdiuk@clarkhill.com,
  JBarnes@ClarkHill.com

- **Danielle Young Canepa**
  dcanepa@pittlawpc.com, cbechill@pittlawpc.com

and I hereby certify that on October 10, 2023, my assistant, Dena Marie Shealy, mailed by United States Postal Service the paper to the following non-ECF participants, with full legal postage prepaid thereon and deposited in the United States mail: **N/A**

Respectfully submitted:
GARAN LUCOW MILLER, P.C.

/s/John J. Gillooly
JOHN J. GILLOOLY (P41948)
Attorney for Defendant Johnson
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
313.446.5501
jgillooly@garanlucow.com